# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>      Applicant,<br><br>      v.<br><br>SHRI NATHJII KRUPA CORP.,<br>d/b/a SUBWAY #2591,<br>      Respondent | Case No. 1:12mc051<br>Dlott, D.J., Litkovitz, M.J.<br><br><br><br><br>**ORDER** |

The Court, having been advised by the Equal Employment Opportunity Commission (EEOC) that respondent Shri Nathjii Krupa Corp., d/b/a Subway #2591, as of November 13, 2012 has fully complied with the administrative subpoena No. IN-12-23S requiring the respondent to produce information needed as part of the EEOC's investigation of a charge of unlawful employment practices (Doc. 10), does hereby **Dismiss** this matter from the docket of this Court.

Date 12/3/12

Karen L. Litkovitz
United States Magistrate Judge